DREAMY HOLLOW APARTMENTS CORPORATION *v.*
O. GRIFFIN LEWIS ET AL.

The petition by the plaintiff for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Robert A. Slavitt,* in support of the petition.

*Richard Berkowitz* and *Colin Gunn,* in opposition.

Submitted March 25—decided April 19, 1967

STATE OF CONNECTICUT *v.* BRUCE H. WELLER

The petition by the state for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Leander C. Gray,* assistant chief prosecuting attorney, in support of the petition.

*Francis R. Danaher,* in opposition.

Submitted April 10—decided April 19, 1967

STATE OF CONNECTICUT *v.* MARK F. HELLER

The motion by the defendant to renew his application for a stay of execution is denied.

*David M. Reilly, Jr.,* in support of the motion.